Joseph Ehrlich (State Bar No. 84359)
Mark R. Meyer (State Bar No. 238231)
LOSCH & EHRLICH
425 California St., Ste. 2025
San Francisco, California 94104
Telephone: (415) 956-8400
Facsimile: (415) 956-2150
je@losch-ehrlich.com
Attorneys for Plaintiff Remington Partners, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICSO DIVISION

| | |
|---|---|
| REMINGTON PARTNERS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEBUT BROADCASTING CORPORATION, INC., a Nevada Corporation, and DOES 1-10.<br><br>Defendants. | Case No. C 12-02978-JSW<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Jeffrey S. White** |

Secured Creditor and Plaintiff Remington Partners, Inc. (RPI)'s administrative motion to continue the Case Management Conference currently set for September 21, 2012 is GRANTED.

It is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, the Case Management Conference shall be continued to ~~December 21, 2012, at 1:30 p.m. [or]~~ January 11, 2013 at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California

IT IS SO ORDERED.

Dated: September 19, 2012

By: _/s/ Jeffrey S. White_
Hon. Jeffrey S. White, District Court Judge

Order Re: Pltf RPI's Adm. Mtn. to Cont. CMC
Case No. C 12-02978-JSW                                                                                              1