United States District Court
Northern District of California

REMINGTON PARTNERS, INC.,

    Plaintiff,

v.

DEBUT BROADCASTING CORPORATION, INC.,

    Defendant.

Case No.: 12-cv-2978-JSW (KAW)

ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On October 22, 2012, Plaintiff's motion for default judgment was referred to the undersigned. Dkt #15. The motion is hereby set for hearing on December 6, 2012 at 11:00 a.m. in Courtroom 4, 3rd Floor, 1301 Clay St., Oakland, California. Defendant's opposition to the motion is due on November 6, 2012. If Plaintiff wishes to file a reply brief, it is due on November 13, 2012.

It is so ORDERED.

Dated: October 23, 2012

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge