United States District Court
Northern District of California

**REMINGTON PARTNERS, INC.,**

Plaintiff,

v.

**DEBUT BROADCASTING CORPORATION, INC.,**

Defendant.

Case No.: 12-cv-2978-JSW (KAW)

**ORDER TO SHOW CAUSE AND FOR FURTHER BRIEFING**

Plaintiff's motion for default judgment was set for hearing on December 6, 2012. Plaintiff's counsel did not appear at the hearing.

Plaintiff's counsel is ordered to show cause why he should not be sanctioned for failing to appear at the hearing. In addition, Plaintiff shall submit supplemental briefing 1) explaining how this Court has personal jurisdiction over Defendant in this action, and 2) containing an updated calculation of all damages, including all interest charges.

Plaintiff shall submit these briefs by December 20, 2012. Failure to comply with this order may result in sanctions and a recommendation that the motion for default judgment be denied.

It is so ORDERED.

Dated: December 6, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge